FILED: September 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-1953
(1:16-cv-02010-CCB)

---

KERRON D. ANDREWS

Plaintiff - Appellant

v.

BALTIMORE CITY POLICE DEPARTMENT; KEVIN DAVIS, Commissioner; MICHAEL SPINNATO, Detective; JOHN HALEY, Detective

Defendants - Appellees

L3HARRIS TECHNOLOGIES, INC.

Intervenor

---

J U D G M E N T

---

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK